NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 2 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>THINTINUS NOSETH TAYLOR,<br><br>Defendant - Appellant. | No. 24-2838<br><br>D.C. No.<br>2:16-cr-01377-ROS-2<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the District of Arizona
Roslyn O. Silver, District Judge, Presiding

Submitted November 20, 2024**

Before:     CANBY, TALLMAN, and CLIFTON, Circuit Judges.

Thintinus Noseth Taylor appeals from the district court's order revoking

supervised release and imposing a sentence of imprisonment of 6 months and 2

days, to be followed by 24 months' supervised release. Pursuant to *Anders v.*

*California*, 386 U.S. 738 (1967), Taylor's counsel has filed a brief stating that

---

\*       This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Taylor the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**